**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

State of Minnesota,                                          Civ. No. 26-2440 (JWB/DLM)

        Plaintiff,

v.

3M Company, et al.,                                          **ORDER OF RECUSAL**

        Defendants.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.


Date: May 4, 2026                                    *s/ Jerry W. Blackwell*
                                                     JERRY W. BLACKWELL
                                                     United States District Judge