## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency, | |
| Plaintiff, | CASE NO. 0:26-cv-02440-LMP-DLM |
| v. | |
| 3M Company and 3M Chemical Operations LLC, | |
| Defendants. | |

### NOTICE OF HEARING ON 3M COMPANY'S MOTION TO STAY PENDING RULING ON TRANSFER TO THE *IN RE AFFF* MDL

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance

with the directions received from the presiding judge's courtroom deputy:

(Check the box and complete the information that applies)

☐     A hearing on the above-titled motion will take place at a date and time to be determined and I/we received the following filing instructions from the presiding judge's courtroom deputy on this motion:

☒     A hearing for the above-titled motion will take place:

Friday, May 29, 2026

1:00 P.M.

316 N. Robert Street
St. Paul, MN 55101

Defendant 3M Company will move the Court for an Order to GRANT 3M

Company's Motion to Stay Pending Ruling on Transfer to the *In re AFFF* MDL.

Dated: May 4, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**


*/s/ Christopher H. Dolan*
Christopher H. Dolan (#0386484)
Frances M. Daniels (#0403829)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: 612.766.7000
chris.dolan@faegredrinker.com
fran.daniels@faegredrinker.com


***Attorneys for Defendant 3M Company***