# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency,<br><br>Plaintiff,<br><br>v.<br><br>3M Company and 3M Chemical Operations LLC,<br><br>Defendants. | Case No. 0:26-cv-02440-LMP-DLM |

## DEFENDANT 3M COMPANY'S MOTION TO STAY PENDING RULING ON TRANSFER TO THE *IN RE AFFF* MDL

Defendant 3M Company, for the reasons set forth in its accompanying Memorandum in Support, respectfully moves this Court to stay all proceedings in this case pending ruling on transfer of this case to the *In re AFFF* MDL in the United States District Court for the District of South Carolina.

[*signature page follows*]

1

Dated: May 4, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Christopher H. Dolan*
Christopher H. Dolan (#0386484)
Frances M. Daniels (#0403829)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: 612.766.7000
chris.dolan@faegredrinker.com
fran.daniels@faegredrinker.com

***Attorneys for Defendant 3M Company***

2