# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency, <br><br> Plaintiff, <br><br> v. <br><br> 3M Company and 3M Chemical Operations LLC, <br><br> Defendants. | CASE NO. 0:26-cv-02440-LMP-DLM |

## DEFENDANTS 3M COMPANY'S
## MEET AND CONFER STATEMENT

In accordance with Local Rule 7.1(a), I, Christopher H. Dolan, certify that on May 1, 2026, the parties met and conferred in good faith via teleconferencing software and email regarding Defendant 3M Company's Motion to Stay Pending Ruling on Transfer to the *In re AFFF* MDL. The parties again met and conferred on May 4, 2026 via teleconferencing software and email. The parties did not reach an agreement regarding whether all activity in the District of Minnesota case should be stayed pending the JPML's ruling on 3M Company's request to transfer.

Because the parties were unable to resolve their differences, 3M Company now files the accompanying Motion.

*[signature page follows]*

Dated: May 4, 2026                    Respectfully submitted,

                                      **FAEGRE DRINKER BIDDLE & REATH LLP**

                                      */s/ Christopher H. Dolan*
                                      Christopher H. Dolan (#0386484)
                                      Frances M. Daniels (#0403829)
                                      2200 Wells Fargo Center
                                      90 South Seventh Street
                                      Minneapolis, MN 55402
                                      Phone: 612.766.7000
                                      chris.dolan@faegredrinker.com
                                      fran.daniels@faegredrinker.com

                                      ***Attorneys for Defendant 3M Company***