**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency,<br><br>  Plaintiff,<br><br>v.<br><br>3M Company and 3M Chemical Operations LLC,<br><br>  Defendants. | Case No. 0:26-cv-02440-LMP-DLM |

**[PROPOSED] ORDER GRANTING DEFENDANT 3M COMPANY'S MOTION TO STAY PENDING RULING ON TRANSFER TO *IN RE AFFF* MDL**

The Court considered Defendant 3M Company's Motion to Stay Pending Ruling on Transfer to *In re AFFF* MDL. The Court finds that a stay of this matter is appropriate because Plaintiff will not suffer prejudice as this action is at the beginning stages of litigation. Additionally, a stay will conserve judicial resources and promote efficiency.

**IT IS HEREBY ORDERED** that Defendant 3M Company's Motion to Stay Pending Ruling on Transfer to *In re AFFF* MDL is **GRANTED**. The above captioned case shall be stayed until the Judicial Panel on Multidistrict Litigation determines whether to transfer this matter to the *In re AFFF* MDL.

Dated:  _____

            _____
            Hon. Douglas L. Micko
            United States District Court