# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency,<br><br>Plaintiff,<br><br>v.<br><br>3M Company and 3M Chemical Operations LLC,<br><br>Defendants. | Case No. 0:26-cv-02440-LMP-DLM |

### 3M COMPANY AND 3M CHEMICAL OPERATIONS LLC'S UNOPPOSED EXPEDITED MOTION FOR EXTENSION OF THE RESPONSIVE PLEADING DEADLINE

Defendants 3M Company and 3M Chemical Operations LLC (collectively, "Defendants"), for the reasons set forth in the accompanying Memorandum in Support, respectfully moves this Court on an expedited basis to extend the responsive pleading deadline until twenty-one (21) days after the Court rules on the Motion to Stay Pending Ruling of Transfer to the *In re AFFF* MDL, if denied, or transfer of the matter to the AFFF MDL, whichever event comes first.

[*signature page follows*]

1

Dated: May 4, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Christopher H. Dolan*
Christopher H. Dolan (#0386484)
Frances M. Daniels (#0403829)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: 612.766.7000
chris.dolan@faegredrinker.com
fran.daniels@faegredrinker.com

***Attorneys for Defendants 3M Company and 3M Chemical Operations LLC***

2