# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency,<br><br>Plaintiff,<br><br>v.<br><br>3M Company and 3M Chemical Operations LLC,<br><br>Defendants. | CASE NO. 0:26-cv-02440-LMP-DLM |

**3M COMPANY AND 3M CHEMICAL OPERATIONS LLC'S
MEET AND CONFER STATEMENT**

In accordance with Local Rule 7.1(a), I, Christopher H. Dolan, certify that on May 1, 2026, the parties met and conferred in good faith via teleconferencing software and email regarding Defendants 3M Company and 3M Chemical Operations LLC's (collectively, "Defendants") Unopposed Expedited Motion for Extension of the Responsive Pleading Deadline. The parties again met and conferred on May 4, 2026 via teleconferencing software and email. Plaintiff's counsel indicated that Plaintiff does not oppose an extension of the responsive pleading deadline.

Defendants now file the accompanying unopposed Motion.

[*signature page follows*]

1

Dated: May 4, 2026                                Respectfully submitted,

                                                  **FAEGRE DRINKER BIDDLE & REATH
                                                  LLP**

                                                  */s/ Christopher H. Dolan*
                                                  Christopher H. Dolan (#0386484)
                                                  Frances M. Daniels (#0403829)
                                                  2200 Wells Fargo Center
                                                  90 South Seventh Street
                                                  Minneapolis, MN 55402
                                                  Phone: 612.766.7000
                                                  chris.dolan@faegredrinker.com
                                                  fran.daniels@faegredrinker.com


                                                  ***Attorneys for Defendants 3M Company and
                                                  3M Chemical Operations LLC***