**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota, by and through its Minnesota Pollution Control Agency.<br><br>    Plaintiff,<br><br>  v.<br><br>3M Company and 3M Chemical Operations, LLC,<br><br>    Defendants. | CASE NO. 0:26-cv-02440-LMP-DLM |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**
**MOTION TO STAY**

Dear Judge Micko:

Defendant 3M Company respectfully submits this Notice of Supplemental Authority in support of its Motion to Stay Pending Ruling on Transfer to the *In Re AFFF* MDL. [ECF No. 14]. On May 6, 2026, the Clerk of the Judicial Panel on Multidistrict Litigation issued a conditional transfer order for this action, concluding "[i]t appears that [this action] involve[s] questions of fact that are common to the actions previously transferred to" the MDL. *See* **Exhibit A**. The Clerk reached that determination based on "the Panel's previous opinions and orders," *see* JPML Rule 7.1(b), which confirm that transfer is warranted where an action (like this one) alleges PFAS contamination from a facility where AFFF was manufactured. The issuance of the conditional transfer order demonstrates that transfer is likely and, as multiple courts have held, confirms the propriety of a brief stay. *See City of Fresno v. 3M Co.*, No. 1:25-CV-02057-FRS, 2026 WL 192346, at *1 (E.D. Cal. Jan. 26, 2026) (collecting cases) ("The case for a stay is especially strong

1

where, as here, the JPML has already issued a conditional transfer order."); *Corinth Gas &*
*Water v. 3M Co.*, No. 1:26-CV-25-GHD-DAS, 2026 WL 915468, at *2 (N.D. Miss. Apr.
2, 2026) (staying case involving AFFF manufacturing facility after issuance of conditional
transfer order).

Dated: May 6, 2026                          Respectfully submitted,

                                            **FAEGRE DRINKER BIDDLE & REATH
                                            LLP**

                                            */s/ Christopher H. Dolan*
                                            Christopher H. Dolan (#0386484)
                                            Frances M. Daniels (#0403829)
                                            2200 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN 55402
                                            Phone: 612.766.7000
                                            chris.dolan@faegredrinker.com
                                            fran.daniels@faegredrinker.com

                                            ***Attorneys for Defendant 3M Company***

2